IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH EDWARD TEMPLIN, ADC #601154, | * * * |
| Plaintiff, | * |
| v. | * |
| | *   No. 1:13CV00009-JJV |
| CHUCK DAY, Jail Administrator, Stone County Jail; *et al.*, | * * * |
| Defendants. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of November, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE