**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JOSEPH EDWARD TEMPLIN,               *
ADC #601154,                         *
                                     *
                Plaintiff,           *
                                     *
v.                                   *
                                     *        No. 1:13CV00009-JJV
CHUCK DAY, Jail Administrator, Stone *
County Jail; *et al.*,               *
                                     *
                Defendants.          *

## JUDGMENT

    Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED this 19th day of November, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1